# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D2024-1971
Lower Tribunal No. 2022-CA-001511

———————————————————

ROGNY RODRIGUEZ and GREYSI TOSTE,

Appellants,

v.

HERITAGE PROPERTY & CASUALTY INSURANCE COMPANY,

Appellee.

———————————————————

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

February 3, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellants.

Kimberly J. Fernandes, of Kelley Kronenberg, P.A., Tallahassee, and Samantha A. Navedo, of Kelley Kronenberg, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED